IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ANGELA EKHATO | : | CIVIL ACTION |
| v. | : | |
| RITE AID CORPORATION, et al. | : | NO. 10-cv-2564-JF |

ORDER

AND NOW, this 25th day of August 2010, upon consideration of the defendants' motion to dismiss and to strike, and the plaintiff's response thereto, IT IS ORDERED:

That the defendants' motion is DENIED.

BY THE COURT:

/s/ John P. Fullam
John P. Fullam,    Sr. J.