IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA


ANGELA EKHATO                    :         CIVIL ACTION
                                 :
              v.                 :
                                 :
RITE AID CORP., et al.           :         No. 10-CV-2564


**O R D E R**


        AND NOW, this      23rd        day of August, 2012, IT IS HEREBY ORDERED that the

defendants' motion for summary judgment (Dkt. # 45) is GRANTED.


                                   BY THE COURT:


                                   /s/ J. William Ditter, Jr.
                                   J. WILLIAM DITTER, JR., J.